**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RONALD GILLMAN,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; and DOES 1 through 150, inclusive,<br><br>Defendants. | CASE NO. 5:17-cv-01659-DMG (PLAx)<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

## ORDER

The Court having reviewed and considered the Parties' Stipulated Protective Order (the "Stipulation"), and for good cause shown therefore, the Stipulation GRANTED and IS SO ORDERED.

**IT IS SO ORDERED.**

Dated: February 1, 2018

_____
HON. PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE