# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD GILLMAN,<br><br>Plaintiff,<br><br>vs.<br><br>BANK OF AMERICA, NATIONAL ASSOCIATION; and DOES 1 through 150, inclusive,<br><br>Defendants. | Case No.: ED CV 17-1659-DMG (PLAx)<br><br>**ORDER TO DISMISS ACTION WITH PREJUDICE [23]** |

Pursuant to the Parties' Joint Stipulation Re Dismissal with Prejudice, and for good cause shown, this case is DISMISSED in its entirety WITH PREJUDICE. The parties shall bear their own fees and costs.

DATED: May 22, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE